*Kenneth Gardner* and *Edgar R. Kraetzer* for respondent.

No. 411. CAULDWELL-WINGATE Co., INC. ET AL. *v.* PERSON, ADMINISTRATRIX. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *William A. Davidson* for petitioners. *Louis A. D'Agosto* for respondent.

No. 354. SUGARMAN *v.* CALIFORNIA. District Court of Appeal, 3d Appellate District, of California. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Morris Lavine* and *Max Willens* for petitioner. *Fred N. Howser,* Attorney General of California, and *Doris H. Maier,* Deputy Attorney General, for respondent.

No. 355. SUGARMAN *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Morris Lavine* and *Max Willens* for petitioner. *Fred N. Howser,* Attorney General of California, and *Doris H. Maier,* Deputy Attorney General, for respondent.

No. 362. RABINOWITZ *v.* UNITED STATES. The petition for writ of certiorari to the United States Court of Appeals for the Second Circuit is denied for the reason that application therefor was not made within the time provided by law. Rule 37 (b) (2) of the Rules of Criminal Procedure. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Arthur*